Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of INDIANA
NEW ALBANY Division

**FILED**
08/08/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

VANWEY DARREN C, PRO SE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

IVY ACRES HOMEOWNERS ASSOCIATION w/ JEREMY SEBOLT HOA PRESIDENT INC.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:22-cv-00104-JMS-DML
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: VANWEY DARREN, CHRISTOPHER
Address: 8249 RACHEL LANE
SELLERSBURG INDIANA 47172
City / State / Zip Code
County: CLARK COUNTY
Telephone Number: 812-786-2751
E-Mail Address: SEVENANGELS2014@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: IVY ACRES HOMEOWNERS ASSOCIATION INC.
Job or Title (if known): JEREMY SEBOLT IVY ACRES HOA PRESIDENT
Address: P.O. BOX 40
SELLERSBURG INDIANA 47172
City / State / Zip Code
County: CLARK COUNTY
Telephone Number: NOT AVAILABLE
E-Mail Address (if known): IVYACRESHOA@GMAIL.COM
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: NOT AVAILABLE
Job or Title (if known): TREASURER IVY ACRES HOA
Address: P.O. BOX 40
SELLERSBURG INDIANA 47172
City / State / Zip Code
County: CLARK COUNTY
Telephone Number: NOT AVAILABLE
E-Mail Address (if known): IVYACRESHOA@GMAIL.COM
☐ Individual capacity   ☒ Official capacity

Defendant No. 3
  Name: NOT AVAILABLE
  Job or Title (if known): AGENT FOR IVY ACRES HOA
  Address: P.O. BOX 40
  SELLERSBURG   INDIANA   47172
  City            State          Zip Code
  County: CLARK COUNTY
  Telephone Number: NOT AVAILABLE
  E-Mail Address (if known): IVYACRESHOA@GMAIL.COM

  [ ] Individual capacity   [X] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  _____  _____  _____
  City            State          Zip Code
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)
  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

No

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

No

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. LIABLE FOR DEFAMING MY REPUTATION AMONG MY NEIGHBORS, WHEN THE HOA FILED A CLAIM ON MY INSURANCE AND NEGLECTED TO FILE A CLAIM FOR DAMAGES ON THE OTHER DRIVER, AS NO ONE WAS CITED OR DECLARED LIABLE.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
IN SELLERSBURG, INDIANA AT THE ENTRANCE OF THE IVY ACRES SUBDIVISION OFF OF OLD STATE RD 60. HOA MEMBERS MADE CLIAM ON THE POLICY HELD BY DARREN CVANWEY, WITHOUT INCLUDING SAM SARKISIAN.

B. What date and approximate time did the events giving rise to your claim(s) occur?
THURSDAY, NOVEMBER 18, 2021 @ 2:17 PM A FALSE CLAIM WAS FILED WITH THE CLAIMS DEPT AT CLASSIC POLICY INS. THE HOA BOARD DID SO BECAUSE OF ACCIDENT FROM THE JUNE 5th, 2021 COLLISION. REQUEST TO ADMIT EXHIBIT· A

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WASN'T MADE LIABLE FOR THE ACCIDENT ON 6/5/21 AND NOT RESPONSIBLE FOR THE OTHER DRIVER'S RECKLESS, CARELESS AND NEGLIGENCE ACTIONS. SAM SARKISAN OPERATED A 2020 DODGE RAM STRIKING ME FROM BEHIND SPINNING MY 2002 MITSUBISHI LANCER INTO THE FENCE RESULTING IN PROPERTY DAMAGE.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

False claim caused distress, humiliation from neighbors assumption I caused the accident on June 5th, 2021. Resulting in emotional stress every time I had been told that my HOA filed claim against me.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As a direct and proximate result of defendant careless and negligent acts, plaintiff suffered emotional stress to their reputation. Incomparable restoration to plaintiffs reputation on the particulars of this complaint, in the amount for damages 10 times for cost of repairs to the fence. Which was $435.00. Wherefore plaintiff respectfully requests the court grant $4,350.00 in restitution against the defendant Ivy Acres HOA, together with post-judgement intrest from the date of any judgment and costs of this action and all other just and proper relief in the premises.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 3rd 2022

Signature of Plaintiff: [signed] Pro Se

Printed Name of Plaintiff: DARREN C. VAN KLEY PRO SE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
              City        State      Zip Code
Telephone Number: _____
E-mail Address: _____