UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DARREN CHRISTOPHER VANWEY,        ) | |
| )                                  | |
| *Plaintiff*,           ) | |
| )                                  | |
| vs.            ) | No. 4:22-cv-00104-JMS-DML |
| )                                  | |
| IVY ACRES HOMEOWNERS ASSOCIATION INC.,    ) | |
| JAMES SEBOLT, TREASURER IVY ACRES HOA,    ) | |
| and AGENT FOR IVY ACRES HOA,              ) | |
| )                                  | |
| *Defendants*.          ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** this action **for lack of jurisdiction.**

Date: 10/17/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

Darren Christopher VanWey
8249 Rachel Lane
Sellersburg, IN 47172